

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00589-CV

**IN THE INTEREST OF M.T.**, a Child

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 17-09-34741-MCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellant F.T.

SIGNED August 19, 2020.

_____
Rebeca C. Martinez, Justice